IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLINTON BART**                                                                                   **PLAINTIFFS**

**v.**                           **Case No. 4:16-cv-00718-KGB**

**THE PRUDENTIAL INSURANCE**
**COMPANY OF AMERICA**                                                   **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation for dismissal (Dkt. No. 15). The parties jointly request that this Court dismiss with prejudice plaintiff Clinton Bart's complaint. The stipulation provides that each party will bear his or its own costs, expenses, and attorney's fees. For good cause shown, the Court adopts the joint stipulation (Dkt. No. 15). The action is dismissed with prejudice.

It is so ordered this the 1st day of June, 2017.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge